**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Calvin Leonard WORTHEN, Defendant–Appellant.**

**No. 12–7010.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 11, 2012.

Decided: Sept. 13, 2012.

Calvin Leonard Worthen, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose,

Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Leonard Worthen appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Worthen,* 1:08–cr–00010–MR–6 (W.D.N.C. June 6, 2012). We deny Worthen's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*